STATE OF CONNECTICUT *v.* JOHN JOHNSON
(AC 16098)

O'Connell, C. J., and Schaller and Healey, Js.

Argued March 30—officially released April 14, 1998

Per Curiam. The judgment is affirmed.

HERBERT FRANKEL ET AL. *v.* P. F. HOLDING
CORPORATION, INC., ET AL.

HERBERT FRANKEL ET AL. *v.* ERIC A.
LAWRENCE ET AL.
(AC 16814)

O'Connell, C. J., and Foti and Schaller, Js.

Argued March 30—officially released April 14, 1998

Per Curiam. The judgments are affirmed.

THOMAS TSIMBIDAROS *v.* UPSTATE DENTAL
HEALTH SERVICES, P.C.
(AC 17522)

O'Connell, C. J., and Lavery and Schaller, Js.

Argued March 31—officially released April 28, 1998

Per Curiam. The judgment is affirmed.